UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNI HODGES, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>FMS INC., DBA FMS ASSET MANAGEMENT, and DOES 1 through10, inclusive,<br><br>Defendants. | Case No.: 17-CV-01582-MCE-CMK<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Upon the parties' stipulation, the court hereby orders this matter be DISMISSED with prejudice and without costs pursuant to FRCP 41(a)(1)(ii).

IT IS SO ORDERED.

Dated: November 2, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE